FULL NAME
JAE JUNE PAK, et al.

02116-093, D-UNIT FCI WAECA

COMMITTED NAME (if different)

P. O. BOX. 1731 WASECA, MN 56093

FULL ADDRESS INCLUDING NAME OF INSTITUTION

PRISON NUMBER (if applicable)

**FILED**
DISTRICT COURT OF GUAM
JUN 21 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

JAE JUNE PAK, et al.
                           PLAINTIFF(S)
v.
GEORGE W BUSH, BILL CLINTON,
JOHN ASHCROFT, JANNET RENO, AND
SIX UNKNOWN NAMES AGENTS.
                          DEFENDANT(S).

CASE No. CV_____
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO (check one)

☑ 42 U.S.C. § 1983
      or
☑ Bivens v. Six Unknown Agents
    403 U.S. 388 (1971);

## A. PREVIOUS LAWSUITS

1) Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes     ☐ No

2) If your answer to 1 is yes, how many? __3TH__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)



Page 1 of 6

a. Parties to this previous lawsuit:

Plaintiff _____

_____

Defendants _____

_____

b. Court _____

_____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

_____

_____

g. Approximate date of filing lawsuit _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1) Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☐ Yes  ☐ No

2) Have you filed a grievance concerning the facts relating to your current complaint?

☐ Yes  ☐ No

If your answer is no, explain why not _____

_____

_____

3) Is the grievance procedure completed?  ☐ Yes  ☐ No

If your answer is no, explain why not _____

_____

4) Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiffs __JAE JUNE PAK, 02116-093, et al.__
(print plaintiff's name)

who presently resides at __FCI WASECA P. O. BOX. 1731 WASECA, MN 56093__, were violated
(mailing address or place of confinement)

by the actions of the defendant(s) named below, which actions were directed against plaintiff at_____

_____
(institution/city where violation occurred)

on (date or dates) _____, _____, _____.
(Claim I)         (Claim II)        (Claim III)

(You need not name more than <u>one</u> defendant or allege more than one claim; however, make a copy of this page to provide the information below if you are naming <u>more</u> than five (5) defendants.)

1) Defendant __GEORGE W BUSH__ resides or works at
(full name of first defendant)

__THE WHITE HOUSE AND EXECUTIVE OFFICE 1600 PENNSYVANIA AVE, NW WASHINGTON, DC 20500__
(full address of first defendant)

__THE PRESIDENT OF THE UNITED STATES OF AMERICA__
(defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual ☐ official capacity. (Check one or both).

Explain how this defendant was acting under color of law:

_____

_____

2) Defendant _____ resides or works at
(full name of second defendant)

_____, and is employed as
(full address of second defendant)

_____.
(defendant's position and title, if any)

The defendant is sued in his/her: ☐ individual ☐ official capacity. (Check one or both.)

Explain how this defendant was acting under color of law:

_____

_____

3) Defendant _____ resides or works at
   (full name of third defendant)

   _____, and is employed as
   (full address of third defendant)

   _____.
   (defendant's position and title, if any)

   The defendant is sued in his/her: ☐ individual ☐ official capacity. (Check one or both.)

   Explain how this defendant was acting under color of law:

   _____

   _____


4) Defendant _____ resides or works at
   (full name of fourth defendant)

   _____, and is employed as
   (full address of fourth defendant)

   _____.
   (defendant's position and title, if any)

   The defendant is sued in his/her: ☐ individual ☐ official capacity. (Check one or both.)

   Explain how this defendant was acting under color of law:

   _____

   _____


5) Defendant _____ resides or works at
   (full name of fifth defendant)

   _____, and is employed as
   (full address of fifth defendant)

   _____.
   (defendant's position and title, if any)

   The defendant is sued in his/her: ☐ individual ☐ official capacity. (Check one or both.)

   Explain how this defendant was acting under color of law:

   _____

   _____

CV-66 (7/97)

## E. CLAIMS*

## CLAIM I

The following civil right has been violated: NO SPEEDY TRIAL VIOLATION OF THE SIXTH AMENDMENT.

May propose the term(Ending) of imprisonment of scheduled within the end of JUNE thirty(30), 2004, at 1:00 O'clock PM for the public hearing, discharge, or pardon, an end, once, a minimum, as soon as, prompt, all final decision, the last day of, not later than JUNE THIRTY(30), 2004, and trial by jury.

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.]
*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

THE PRECEDENTS:

70 L Ed 2d 551, at 365. 435 US 850, 858-9, rights on the facts, 56 L Ed 2d 18, 22, 800, no period 522 F 2d at 579-81, allowing at 28 56 L Ed 2d 18 for speedy trial claim.

## F. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

IMMEDIATELY RELAESE BY JURY.

_____

NO FEES BY JURY.

_____

JUNE 14, 2004
(Date)

Prayer, JAE JUNE PAK, 02116-093, et al.
(Signature of Plaintiff)

LEGAL ASSISTANCE, YOUNG YIL JO, 01183-112

*Young Yil Jo,*

PLAINTIFF(S) OR AND OTHERS

| | | |
|---|---|---|
| RIOS 15341-047 | GARCIA 07926-029 | WHITE 06908-073 |
| ROMO 06972-196 | RUSH 11962-045 | ALEXANDER 52279-098 |
| DIAZ 04679-046 | FELIX 02051-112 | NAHOE 34363-198 |
| ESPINOZA 12316-030 | WARREN 06935-091 | MILLER 08485-029 |
| KOULAVONGSA 09003-073 | DAMERVILLE 04259-030 | SMITH 28583-013 |
| STANCIEL 05098-027 | PAYNE 65190-065 | MYRICK 04755-030 |
| RICHARDSON 06963-033 | TOBON 429930-054 | LE 01923-029 |
| TRAN 00634-111 | MCMILLAN 05599-041 | BROWN 12046-030 |
| NAVARRETTE 78828-080 | EVINK 07482-041 | SYKES 20387-039 |
| JIMENEZ 07949-112 | BUTCHER 11936-073 | WOOD 27141-053 |
| OZUA 40709-198 | CABAN 05782-030 | BLAIR 07943-029 |
| ORBINO 83130-022 | GONZALEZ 15720-112 | WEBB 03922-025 |
| LARA 15578-047 | BUCIO 58392-097 | JOHNSON 07685-045 |
| VELASQUEZ 09605-112 | BARRAGAN 10660-097 | PARKER 13995-045 |
| DUARTE 13528-051 | ELDWORTH 98282-024 | PARROTT 16604-047 |
| CONTRERAS 05985-030 | PADILLA 09449-112 | ROSE 07611-084 |
| MARTINEZ 06002-046 | ROBISON 06386-046 | ROTIMI 14244-424 |
| FERNANDEZ 07301-059 | CHAPARRO 61615-065 | TOKVAM 06295-041 |
| BALDOMERO 61695-065 | GUTIERREZ 49448-198 | HUNTER 13112-026 |
| MONACO 13314-006 | QUINTANILA 05124-030 | ELLZEY 12274-045 |
| VONG 04955-041 | GIBSON 11268-095 | HELLING 10474-041 |
| NGUYEN 35544-019 | TAYLOR 26276-086 | BOYLES 08452-029 |
| JARAMILLO 12293-030 | VELOS 05949-030 | DILLARD 10080-023 |
| AGUILERA 05948-424 | DANIELS 25623-044 | DAGUE 08570-029 |
| MORONES 08102-029 | MONSON 06685-029 | CLAUSE 07474-046 |
| ENGLAND 06328-112 | BEHRENS 12385-030 | TAYLOR 17372-047 |
| CALDERIN 15590-047 | JIMENEZ 08063-029 | SANDOS 09720-081 |
| BARRAZA 15252-047 | CRUZ 01862-029 | ROYS 28406-013 |
| SPIDELL 15845-047 | FORT 06338-041 | RIDER 07274-046 |
| UNG 01922-029 | SMITH 08349-031 | VALLE 13741-097 |
| HERNANDEZ 07674-097 | LARIZZA 15647-086 | LOOP 10531-073 |
| TREVINO 28171-044 | ARRIOLA 40802-004 | MAYS 76952-198 |
| TAKEN ALIVE 12312-073 | FURGUSON 47415-053 | MENDOZA 01447-041 |
| ABANDY 09315-424 | GREEN 14227-045 | PRINCE 10585-085 |
| HOUSTON 08803-041 | OHANDA 07472-059 | LARIOS 09990-041 |
| SHEPPARD 14062-045 | ZAMORA 89363-111 | |

| | CASE NUMBER |
|---|---|
| JAE JUNE PAK, et al.<br>        PLAINTIFF(S)<br><br>vs.<br>GEORGE W BUSH, BILL CLINTON,<br>JOHN ASHCROFT, JANNET RENO, AND<br>SIX UNKNOWN NAMES AGENTS.<br>        DEFENDANTS(S) | CV-<br><br>A WRIT OF SUMMONS |

TO THE ABOVE-NAMED DEFENDANT(S), You are hereby summoned and required to file with this court and serve upon

Plaintiff's attorney, whose address is: JAE JUNE PAK, et al.
02116-093, D-UNIT
FCI P. O. BOX. 1731
WASECA, MN 56093

an answer to the complaint which is herewith served upon you within **TEN** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

BY JURY for 24 hours with file.

DATE: JUNE 14, 2004

CLERK, U.S. DISTRICT COURT

By_____
Deputy Clerk

(SEAL OF THE COURT)

## CERTIFICATE OF SERVICE

This is to certify that I have, on __14__ day, of JUNE 2004, placed a true and exact copy of the foregoing, in the u. s. mails, via certified mail addressed to

OFFICE OF THE CLERK
4TH FL U. S. COURTHOUSE
520 WEST SOLEDAD AVE
HAGATNA, GUAM 96910

ATTORNEY GENERAL
DEPT OF JUSTICE
950 PENNSYLVANIA AVE, N. W.
WASHINGTON, D. C. 20530

GEORGE W BUSH THE PRESIDENT
THE WHITE HOUSE AND EXECUTIVE OFFICE
1600 PENNSYLVANIA AVE, N. W.
WASHINGTON, D. C. 20500

BILL CLINTON, FORWARD ADDRESS

JANNET RENO, FORWARD ADDRESS

U. S. SENATE, JUDICIARY COMMITTEES
224 DIRKSEN SENATE OFFICE BUIDING
WASHINGTON, D. C. 20510-6275

THE HOUSE OF REPRESENTATIVES
JUDICIARY COMMITTEES
2138 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, D. C. 20515

RESPECTFULLY SUBMITTED

JAE JUNE PAK, 02116-093, et al.
FCI P. O. BOX. 1731
WASECA, MN 56093

LEGAL ASSISTANT, YOUNG YIL JO, 01183-112

_/s/ Young Yil Jo_

USA TODAY
7950 JONES BRANCH DRIVE
MCLEAN, VA 22108

LOS ANGELES TIMES
202 1ST STREET
LOS ANGELES, CA 90012

WASHINTON POST CO
1150 15TH STREET, N. W.
WASHINGTON, D. C. 20071

THE WALL STREET JOURNAL
4300 NORTH ROUTE 1
SOUTH BRUNSWICK, NJ 08852

SUPREME COURT OF THE UNITED STATES OFFICE OF THE CLERK
ONE FIRST STREET, N. E. WASHINGTON, D. C. 20543-0001 AND UNIT TEAM.