Plaintiff's Name: JAE JUNE PAK, et al.
CDC No: 02116-093, D-UNIT
Address: FCI WASECA P. O. BOX. 1731
WASECA, MN 56093

DISTRICT COURT OF GUAM
FILED
JUN 30 2004
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

JAE JUNE PAK, et al.
(Name of Plaintiffs)

vs.

GEORGE W BUSH, BILL CLINTON,
JOHN ASHCROFT, JANNET RENO, AND
SIX UNKNOWN NAMES AGENTS.

(Names of all Defendants)

**04-00023**

(Case Number)

**COMPLAINT**

Civil Rights Act, 42 U.S.C. 1983

I.    Previous Lawsuits:

A. Have you brought any other lawsuits while a prisoner? Yes X No __

B. If your answer to A is yes, how many?: __3RD__
   Describe previous or pending lawsuits in the space below.
   (If more than one, use back of paper to continue outlining all lawsuits.)

   1.  Parties to this previous lawsuit:

       Plaintiff _____ JAE JUNE PAK, et al. _____

       Defendants  GEORGE W BUSH, BILL CLINTON, JOHN ASHCROFT,
                   JANNET RENO, AND SIX UNKNOWN NAMES AGENTS.

   2.  Court (if Federal Court, give name of District; if State Court, give name of County)

   3.  Docket Number _____    4. Assigned Judge _____

   5.  Disposition (For example: Was the case dismissed? Was  appealed? Is it still pending?)

   6.  Filing date (approx.) _MAY 24, 2004_  7. Disposition date (approx.) _____
       (List all other previous or pending lawsuits on back of this form)

g:\docs\pam\complain.wpd

1

## II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution? Yes ___ No ___

B. Have you filed a grievance concerning the facts of this complaint? Yes ___ No ___

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?  Yes ___    No ___  _ _
   Date process completed, and disposition _____

## III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant __GEORGE W BUSH__ is employed as __THE PRESIDENT__
_____ at __THE UNITED STATES OF AMERICA__

B. Additional defendants __BILL CLINTON, JOHN ASHCROFT, JANNET RENO, AND__
_____ SIX UNKNOWN NAMES AGENTS. _____
_____
_____
_____

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.) THE RIGHTS PROCEDURES DUE PROCESS, PROCEDURAL DUE PROCESS OF LAW IN THE FIFTH AND FOURTEENTH AMENDMENTS TO THE CONS-TITUTION, " NOR SHALL ANY PERSON BE DEPRIVED OF LIFE, LIBERTY, OR PROPERTY, WITHOUT DUE PROCESS OF LAW." OR " NOR SHALL ANY STATE DEPRIVE ANY PERSON OF LIFE, LIBERTY, OR PROPERTY, WITHOUT DUE PROCESS OF LAW." NOR DENY WITHIN JURISDICTION, EQUAL PROTECTION OF LAWS, AS SOON AS AN END, ONCE ONLY, PROMPT FAIR AND PUBLIC HEARING, IMMEDIATELY DISCHARGE, EXPUNGEMENT CRIMINAL RECORDS, IMMEDIATELY RELEASE, WITHIN TEN DAYS, VICTIM FOR THE SCHEDULED JULY 13, 2004, AT 1:00 O'CLOCK PM, AND TRIAL BY JURY.
_____
_____
_____
_____
_____

V.   Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or
statutes.)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

NO FEES BY JURY.
_____


I declare under penalty of perjury that the foregoing is true and correct.



JUNE 24, 2004                          Prayer, JAE JUNE PAK, 02116-093, et al.
      (Date)                              (Signature of Plaintiff)



LEGAL ASSISTANCE, YOUNG YIL JO, 01183-112
                    young yil Jo.

PLAINTIEF(S) OR AND OTHERS

RIOS 15341-047
ROMO 06972-196
DIAZ 04679-046
ESPINOZA 12316-030
KOULAVONGSA 09003-073
STANCIEL 05098-027
RICHARDSON 06963-033
TRAN 00634-111
NAVARRETTE 78828-080
JIMENEZ 07949-112
OZUA 40709-198
ORBINO 83130-022
LARA 15578-047
VELASQUEZ 09605-112
DUARTE 13528-051
CONTRERAS 05985-030
MARTINEZ 06002-046
FERNANDEZ 07301-059
BALDOMERO 61695-065
MONACO 13314-006
VONG 04955-041
NGUYEN 35544-019
JARAMILLO 12293-030
AGUILERA 05948-424
MORONES 08102-029
ENGLAND 06328-112
CALDERIN 15590-047
BARRAZA 15252-047
SPIDELL 15845-047
UNG 01922-029
HERNANDEZ 07674-097
TREVINO 28171-044
TAKEN ALIVE 12312-073
ABANDY 09315-424
HOUSTON 08803-041
SHEPPARD 1...

GARCIA 07926-029
RUSH 11962-045
FELIX 02051-112
WARREN 06935-091
DAMERVILLE 04259-030
PAYNE 65190-065
TOBON 429930-054
MCMILLAN 05599-041
EVINK 07482-041
BUTCHER 11936-073
CABAN 05782-030
GONZALEZ 15720-112
BUCIO 58392-097
BARRAGAN 10660-097
ELDWORTH 98282-024
PADILLA 09449-112
ROBISON 06386-046
CHAPARRO 61615-065
GUTIERREZ 49448-198
QUINTANILA 05124-030
GIBSON 11268-095
TAYLOR 26276-086
VELOS 05949-030
DANIELS 25623-044
MONSON 06685-029
BEHRENS 12385-030
JIMENEZ 08063-029
CRUZ 01862-029
FORT 06338-041
SMITH 08349-031
LARIZZA 15647-088
ARRIOLA 40802-004
FURGUSON 47415-053
GREEN 14227-045
DHANDA 07472-059

WHITE 06908-073
ALEXANDER 52279-098
NAHOE 34363-198
MILLER 08485-029
SMITH 28583-013
MYRICK 04755-030
LE 01923-029
BROWN 12046-030
SYKES 20387-039
WOOD 27141-053
BLAIR 07943-029
WEBB 03922-025
JOHNSON 07685-045
PARKER 13995-045
PARROTT 16604-047
ROSE 07611-084
ROTIMI 14244-424
TOKVAM 06295-041
HUNTER 13112-026
ELLZEY 12274-045
HELLING 10474-041
BOYLES 08452-029
DILLARD 10080-023
DAGUE 08570-029
CLAUSE 07474-046
TAYLOR 17372-047
SANDOS 09720-081
ROYS 23406-013
RIDER 07274-046
VALLE 13741-097
LOOP 10531-073
MAYS 76952-198
MENDOZA 01447-041
PRINCE 10585-085
LARIOS 09990-041

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

OFFICE OF THE CLERK

| JAE JUNE PAK, et al. | CASE NUMBER |
| PLAINTIFF(S) | CV- |
| vs. | |
| GEORGE W BUSH, BILL CLINTON, JOHN ASHCROFT, IANNET RENO, AND SIX UNKNOWN NAMES AGENTS. | A WRIT OF SUMMONS |
| DEFENDANTS(S) | |

TO THE ABOVE-NAMED DEFENDANT(S), You are hereby summoned and required to file with this court and serve upon

Plaintiff's attorney, whose address is: JAE JUNE PAK, et al.
02116-093, D-UNIT
FCI P. O. BOX. 1731
WASECA, MN 56093

an answer to the complaint which is herewith served upon you within TEN days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

BY JURY for 24 hours with file.

DATE: JUNE 24, 2004

CLERK, U.S. DISTRICT COURT

BY _____
Deputy Clerk

SEAL OF THE COURT.

CERTIFICATE OF SERVICE

This is to certify that I have, on __24__ day, of JUNE
2004, placed a true and exact copy of the foregoing, in
the U. S. mails, via certified mail addressed to

OFFICE OF THE CLERK
4TH FL U. S. COURTHOUSE
520 WEST SOLEDAD AVE
HAGATNA, GUAM 96910

ATTORNEY GENERAL
DEPT OF JUSTICE
950 PENNSYLVANIA AVE, N. W.
WASHINGTON, D. C. 20530

GEORGE W BUSH THE PRESIDENT
THE WHITE HOUSE AND EXECUTIVE OFFICE
1600 PENNSYLVANIA AVE, N. W.
WASHINGTON, D. C. 20500

BILL CLINTON, FORWARD ADDRESS

JANNET RENO, FORWARD ADDRESS

U. S. SENATE, JUDICIARY COMMITTEES
224 DIRKSEN SENATE OFFICE BUIDING
WASHINGTON, D. C. 20510-6275

THE HOUSE OF REPRESENTATIVES
JUDICIARY COMMITTEES
2138 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, D. C. 20515

SUPREME COURT OF THE UNITED STATES OFFICE OF THE CLERK
ONE FIRST STREET, N. E. WASHINGTON, D. C. 20543-0001 AND UNIT TEAM.

RESPECTFULLY SUBMITTED

JAE JUNE PAK, 02116-093, et al.
FCI P. O. BOX. 1731
WASECA, MN 56093

LEGAL ASSISTANT, YOUNG YIL JO, 01183-112

USA TODAY
7950 JONES BRANCH DRIVE
MCLEAN, VA 22108

LOS ANGELES TIMES
202 1ST STREET
LOS ANGELES, CA 90012

WASHINTON POST CO
1150 15TH STREET, N. W.
WASHINGTON, D. C. 20071

THE WALL STREET JOURNAL
4300 NORTH ROUTE 1
SOUTH BRUNSWICK, NJ 08852