ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUL 08 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JAE JUNE PAK,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GEORGE W. BUSH, BILL CLINTON,<br>JOHN ASHCROFT, JANET RENO, and<br>SIX UNKNOWN NAMES AGENTS,<br><br>　　　　　Defendants. | Civil Case No. 04-00023<br><br>**ORDER** |

On June 8, 2004, the Court stayed this civil rights action pending the exhaustion of the Plaintiff's habeas corpus remedies and the conclusion of his appeal before the United States Court of Appeals for the Ninth Circuit. However, the Plaintiff has repeatedly continued to file other complaints in this action which are slightly different from the original complaint.[1] The Court will continue to take no further action on said complaints as this matter has been stayed.

SO ORDERED this 7th day of July, 2004.

　　　　　　　　　　　　　　　　　　　FRANCES M. TYDINGCO-GATEWOOD
　　　　　　　　　　　　　　　　　　　Designated District Judge

---

[1] Aside from the original complaint, the Plaintiff filed complaints on June 4, 2004, June 21, 2004, and June 30, 2004.