Plaintiff's Name: JAE JUNE PAK, et al.
CDC No: 02116-093, D-UNIT
Address: FCI WASECA P. O. BOX. 1731
WASECA, MN 56093

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
JUL 20 2004
MARY L. M. MORAN
CLERK OF COURT

JAE JUNE PAK, et al.
(Name of Plaintiff)

vs.

GEORGE W BUSH
BILL CLINTON
JOHN ASHCROFT, JANNET RENO, AND
SIX UNKNOWN NAMES AGENTS.
(Names of all Defendants)

(Case Number)

COMPLAINT

Civil Rights Act, 42 U.S.C. 1983

I. Previous Lawsuits:

   A. Have you brought any other lawsuits while a prisoner? Yes X No __

   B. If your answer to A is yes, how many?: 4TH
      Describe previous or pending lawsuits in the space below.
      (If more than one, use back of paper to continue outlining all lawsuits.)

     1. Parties to this previous lawsuit:

      Plaintiffs JAE JUNE PAK, et al.

      Defendants GEORGE W BUSH, BILL CLINTON, JOHN ASHCROFT,
      JANNET RENO, AND UNKNOWN NAMES AGENTS.

     2. Court (if Federal Court, give name of District; if State Court, give name of County)

     3. Docket Number _____ 4. Assigned Judge _____

     5. Disposition (For example: Was the case dismissed? Was appealed? Is it still pending?)

     6. Filing date (approx.) JUNE 14, 04  7. Disposition date (approx.) _____
     (List all other previous or pending lawsuits on back of this form)

II. Exhaustion of Administrative Remedies

  A. Is there a grievance procedure available at your institution? Yes ___ No ___

  B. Have you filed a grievance concerning the facts of this complaint? Yes ___ No ___

   If your answer is no, explain why not _____

  C. Is the grievance process completed? Yes ___ No ___
   Date process completed, and disposition _____

III. **Defendants**

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

  A. Defendant __GEORGE W BUSH__ is employed as __THE PRESIDENT__ at __THE UNITED STATES OF AMERICA__

  B. Additional defendants __BILL CLINTON, JOHN ASHCROFT, JANNET RENO, AND SIX UNKNOWN NAMES AGENTS.__

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

NO ENHANCEMENT SENTENCE UNDER CIRCUMSTANCES EVIDENCE, VIOLATE EIGHT AND FOURTEENTH AMENDMENTS OF CONSTITUTION, CRUEL AND UNUSUAL PUNISHMENT, NO BY STATES ONLY, AT ONCE, ALL FINAL DECISION WITHIN TEN DAYS THE SCHEDULED JULY 30, 2004, AT 1:00 PM, AN END, THE TERM(ENDING) OF IMPRISONMENT ON TODAY, IMMEDIATELY RELEASE, VICTIM FOR, AND TRIAL BY JURY.

A WRIT OF CERTIORARI, DECISION BY U. S. SUPREME COURT ONLY BY JURY.

Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

THE SUM OF REASONABLE AMOUNT CHARGE BY A WRIT OF ATTACHMENT AND GARNISHMENT OR COMPENSATORY AND PUNITIVE DAMAGES IS ONLY ONE MILLION DOLLARS FOR WHITE AND JO HALF AND HALF THAT AMOUNT EACH TENURE BUT NO ANY MONEY FOR THE NAMES OF LIST PEOPLES, ALL CONSOLIDATE, AND WITHIN TEN DAYS THE SCHEDULED JULY 30, 2004, AT 1:00 PM, AND TRIAL BY JURY.

NO FEES BY JURY, 28 USCA 1915(a), (d).

I declare under penalty of perjury that the foregoing is true and correct.

JULY 14, 2004
(Date)

Prayer, JAE JUNE PAK, 02116-093, et al.
(Signature of Plaintiff)

LEGAL ASSISTANCE, YOUNG YIL JO, 01183-112

*Young Yil Jo* (signature)

g:\docs\pam\complain.wpc

RECEIVED
JUL 20 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PLAINTIFF(S) OR AND OTHERS

| | | |
|---|---|---|
| RIOS 15341-047 | GARCIA 07926-029 | WHITE 06908-073 |
| ROMO 06972-196 | RUSH 11962-045 | ALEXANDER 52175-098 |
| DIAZ 04679-046 | FELIX 02051-112 | NAHOE 34163-198 |
| ESPINOZA 12316-030 | WARREN 06935-091 | MILLER 08485-029 |
| KOULAVONGSA 09003-073 | DAMERVILLE 04259-030 | SMITH 28583-013 |
| STANCIEL 05098-027 | PAYNE 65190-065 | MYRICK 04755-030 |
| RICHARDSON 06963-033 | TOBON 429930-054 | LE 01923-029 |
| TRAN 00634-111 | MCMILLAN 05599-041 | BROWN 12046-030 |
| NAVARRETTE 78828-080 | EVINK 07482-041 | SYKES 20337-039 |
| JIMENEZ 07949-112 | BUTCHER 11936-073 | WOOD 27141-053 |
| OZUA 40709-198 | CABAN 05782-030 | BLAIR 07943-029 |
| ORBINO 83130-022 | GONZALEZ 15720-112 | WEBB 03922-025 |
| LARA 15578-047 | BUCIO 58392-097 | JOHNSON 07685-045 |
| VELASQUEZ 09605-112 | BARRAGAN 10660-097 | PARKER 13995-045 |
| DUARTE 13528-051 | ELDWORTH 98282-024 | PARROTT 16604-047 |
| CONTRERAS 05985-030 | PADILLA 09449-112 | ROSE 07611-084 |
| MARTINEZ 06002-046 | ROBISON 06386-046 | ROTIMI 14244-424 |
| FERNANDEZ 07301-059 | CHAPARRO 61615-065 | TOKVAM 06295-041 |
| BALDOMERO 61695-065 | GUTIERREZ 49448-198 | HUNTER 13112-026 |
| MONACO 13314-006 | QUINTANILA 05124-030 | ELLZEY 12274-045 |
| VONG 04955-041 | GIBSON 11268-095 | HELLING 10474-041 |
| NGUYEN 35544-019 | TAYLOR 26276-086 | BOYLES 08452-029 |
| JARAMILLO 12293-030 | VELOS 05949-030 | DILLARD 10080-023 |
| AGUILERA 05948-424 | DANIELS 25623-041 | DAGUE 08570-029 |
| MORONES 08102-029 | MONSON 06665-029 | CLAUSE 07474-046 |
| ENGLAND 06228-112 | BEHRENS 12385-030 | TAYLOR 17377-047 |
| CALDERIN 15590-047 | JIMENEZ 06063-029 | SANDOS 09730-081 |
| BARRAZA 15251-047 | CRUZ 01662-029 | ROYS 28406-013 |
| SPIDELL 15845-047 | FORT 06338-041 | RIDER 07274-046 |
| UNG 01922-029 | SMITH 08349-011 | VALLE 15741-097 |
| HERNANDEZ 07674-097 | LARIZZA 15617-039 | LOOP 10581-073 |
| TREVINO 23171-041 | ARRIOLA 40800-011 | MAYS 16950-198 |
| TAKEN ALIVE 12312-073 | FURGUSON 27419-050 | MENDOZA 01147-041 |
| ABANDY 09315-424 | GREEN 14337-045 | PRINCE 13585-093 |
| HOUSTON 08808-041 | CHANCE 07070-011 | LARIOS 13980-011 |
| SHEPPARD | | |

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM
OFFICE OF THE CLERK

| JAE JUNE PAK, et al. | CASE NUMBER |
| PLAINTIFF(S) | CV- |
| vs. | |
| GEORGE W BUSH, BILL CLINTON, JOHN ASHCROFT, JANNET RENO, AND SIX UNKNOWN NAMES AGENTS. | A WRIT OF SUMMONS |
| DEFENDANTS(S) | |

TO THE ABOVE-NAMED DEFENDANT(S), You are hereby summoned and required to file with this court and serve upon

Plaintiff's attorney, whose address is: JAE JUNE PAK, et al.
02116-093, D-UNIT
FCI P. O. BOX. 1731
WASECA, MN 56093

an answer to the complaint which is herewith served upon you within **TEN** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

BY JURY for 24 hours with file.

DATE: JULY 14, 2004

CLERK, U.S. DISTRICT COURT

BY _____
Deputy Clerk

SEAL OF THE COURT

## CERTIFICATE OF SERVICE

This is to certify that I have, on 14 day, of JULY 2004, placed a true and exact copy of the foregoing, in the u. s. mails, via certified mail addressed to

OFFICE OF THE CLERK
4TH FL U. S. COURTHOUSE
520 WEST SOLEDAD AVE
HAGATNA, GUAM 96910

ATTORNEY GENERAL
DEPT OF JUSTICE
950 PENNSYLVANIA AVE, N. W.
WASHINGTON, D. C. 20530

GEORGE W BUSH THE PRESIDENT
THE WHITE HOUSE AND EXECUTIVE OFFICE
1600 PENNSYLVANIA AVE, N. W.
WASHINGTON, D. C. 20500

BILL CLINTON, FORWARD ADDRESS

JANNET RENO, FORWARD ADDRESS

U. S. SENATE, JUDICIARY COMMITTEES
224 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, D. C. 20510-6275

THE HOUSE OF REPRESENTATIVES
JUDICIARY COMMITTEES
2138 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, D. C. 20515

SUPREME COURT OF THE UNITED STATES OFFICE OF THE CLERK
ONE FIRST STREET, N. E. WASHINGTON

RESPECTFULLY SUBMITTED

JAE JUNE PAK, 02116-093, et al.
FCI P. O. BOX. 1731
WASECA, MN 56093

LEGAL ASSISTANT, YOUNG YIL JO, 01183-112

*/s/ Young-Yil Jo*

USA TODAY
7950 JONES BRANCH DRIVE
MCLEAN, VA 22108

LOS ANGELES TIMES
202 1ST STREET
LOS ANGELES, CA 90012

WASHINTON POST CO
1150 15TH STREET, N. W.
WASHINGTON, D. C. 20071

THE WALL STREET JOURNAL
4300 NORTH ROUTE 1
SOUTH BRUNSWICK, NJ 08852