ORIGINAL

Plaintiff's Name: __JAE JUNE PAK, et. al.__

DDC No: __02116-093, D-UNIT__

Address: __FCI WASECA P. O. BOX 1731__
__WASECA, MN 56093__

# UNITED STAES DISTRICT COURT
# DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
AUG - 2 2004
MARY L. M. MORAN
CLERK OF COURT

__JAE JUNE PAK, et. al.__
(Name of Plaintiff)

Case Number: __04 - 00023__

vs:

__GEORGE W BUSH__                ⎫
__BILL CLINTON__                 ⎫   COMPLAINT
__JOHN ASHCROFT, JANNET RENO, AND__   ⎫
__SIX UNKNOWN NAMES AGENTS.__    ⎫   Civil Rights A ct, 42 U.S.C. 1983
(Names of all Defendants)        ⎭

## I. Previous Lawsuits:

A. Have you brought any other lawsuits while a prisoner? Yes ☒ No ___

B. If your answer to A is yes, how many? __5TH__

Describe previous or pending lawsuits in the space below.
(If more than one, use back of paper to continue outlining all lawsuits.)

1. Parties to this previous lawsuit:

Plaintiffs ____JAE JUNE PAK, et. al.____

Defendants ____GEORGE W BUSH, BILL CLINTON, JOHN ASHCROFT,____
____JANNET RENO, AND SIX UNKNOWN NAMES AGENTS.____

2. Court (if Federal Court, give name of District; if State Court, give name of County)

3. Docket Number: _____  4. Assigned Judge _____

5. Disposition (For example: Was the case dismissed? Was .t appealed? Is it still pending?)

6. Filing date (approx.) __JUNE 24, 04__  7. Disposition date (approx.)

(List all other previous or pending lawsuits on back of this form)

1.

j:\docs\pak\COMPLAINT.wpd

Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution? Yes ___ No ___

B. Have you filed a grievance concerning the facts of this complaint? Yes ___ No ___

If your answer is no, explain why not: ______

C. Is the grievance process completed? Yes ___ No ___

Date process completed and disposition ______

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant GEORGE W BUSH is employed as THE PRESIDENT at UNITED STATES OF AMERICA

B. Additional defendants BILL CLINTON, JOHN ASHCROFT, JANNET RENO, AND SIX UNKNOWN NAMES AGENTS.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

NO CLAIM OF INEFFECTIVE ASSISTANCE COUNSEL, NO VIOLATION OF THE SIXTH AMENDMENT RIGHT TO EFFECTVE REPRESENTATION INVOVES STATE ACTION REASONABLY SHOULD KNOW WHEN A STATE OBTAINS A CRIMINAL CONVICTION THROUGH SUCH A TRIAL IT IS THE STATE THAT UNCONSTITUTIONALLY DEPRIVES THE DEFENDANT OF HIS LIBERTY, CLEAR THAT INADEQUATE ASSISTANCE, OR PROFESSIONAL RESPONSIBILITIES, NO COUNSEL UNPROFESSIONAL ERRORS, VIOLATION OF SIXTH AMENDMENT RIGHT UNDER CIR-CUMSTANCES EVIDENCE, VICTIM OF, THE TERM(ENDING) OF IMPRISONMENT WITHIN TEN DAYS THE SCHEDULED AUGUST 11, 2004, AT 1:00 O'CLOCK PM FOR ALL FINAL DECISION, AND TRIAL BY JURY. BY SUPREME COURT OF THE UNITED STATES.

Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

A WRIT OF ATTACHMENT AND GARNISHMENT

COMPENSATORY AND PUNITIVE DAMAGES

FOR ALL CONSOLIDATE, REDUCE AND REASONABLE AMOUNT CHARGE NOW:

THE SUM OF AMOUNT IS ONLY ONE MILLION DOLLARS, BUT NO ANY MONEY FOR THE NAMES OF LISTED PEOPLES, IMMEDIATELY PAYMENT IN FULL OF PAK AND JO BY HALF AND HALF WITHIN TEN DAYS TRIAL BY JURY WITH SUPREME COURT OF THE UNITED STATES.

NO COURT FEES BY JURY. 18 USCA 3524(h) PAID BY U. S. GOVERNMENT.

SEE, STRICKLAND V WASHINTON 80 L Ed 2d 674,622.

I declare under penalty of perjury that the foregoing is true and correct.

JULY 26, 2004
(Date)

Prayer, JAE JUNE PAK, 02116-093, et al.
(Signature of Plaintiff)

LEGAL ASSISTANCE YOUNG YIL JO, 01183-112

Young Yil Jo.

g:\docs\pam\complain.wpc

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM
OFFICE OF THE CLERK

JAE JUNE PAK, et al.
PLAINTIFF(S)

CASE NUMBER

GEORGE W BUSH, BILL CLINTON,
JOHN ASHCROFT, JANNET RENO, AND
SIX UNKNOWN NAMES AGENTS,
DEFENDANT(S)

A WRIT OF SUMMONS

TO THE ABOVE-NAMED DEFENDANT(S): You are hereby summoned and required to file with this court and serve upon

Plaintiff's attorney, whose address is: JAE JUNE PAK, et al.
02116-093, D-UNIT
FCI P. O. BOX. 1731
WASECA, MN 56093

an answer to the complaint which is herewith served upon you within TEN days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

BY JURY for 24 hours with file.

DATE: JULY 26, 2004

CLERK, U.S. DISTRICT COURT

Deputy Clerk

SEAL OF THE COURT

CERTIFICATE OF SERVICE

This is to certify that I have on 26 day of JULY 2004, placed a true and exact copy of the foregoing in the U. S. mails via certified mail addressed to:

OFFICE OF THE CLERK
4TH FL U. S. COURTHOUSE
520 WEST SOLEDAD AVE
HAGATNA, GUAM 96910

ATTORNEY GENERAL
DEPT OF JUSTICE
950 PENNSYLVANIA AVE, N. W.
WASHINGTON, D. C. 20530

GEORGE W BUSH THE PRESIDENT
THE WHITE HOUSE AND EXECUTIVE OFFICE
1600 PENNSYLVANIA AVE, N. W.
WASHINGTON, D. C. 20500

BILL CLINTON, FORWARD ADDRESS

JANNET RENO, FORWARD ADDRESS

U. S. SENATE, JUDICIARY COMMITTEES
[illegible] DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, D. C. [illegible]

THE HOUSE OF REPRESENTATIVES
JUDICIARY COMMITTEES
[illegible] RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, D. C. [illegible]

SUPREME COURT OF THE UNITED STATES OFFICE OF THE CLERK
ONE FIRST STREET, N. E. WASHINGTON [illegible]

RESPECTFULLY SUBMITTED

JAE JUNE PAK, 02116-093, et al.
FCI P. O. BOX. 1731
WASECA, MN 56093

LEGAL ASSISTANT, YOUNG YIL JO, 01183-112

Young Yil Jo

USA TODAY
7950 JONES BRANCH DRIVE
MCLEAN, VA 22108

LOS ANGELES TIMES
202 1ST STREET
LOS ANGELES, CA 9001[illegible]

WASHINTON POST [illegible]
[illegible] 15TH STREET
WASHINGTON, D [illegible]

THE WALL STREET JOURNAL
[illegible] NORTH ROUTE 1
SOUTH BRUNSWICK NJ [illegible]