Plaintiff's Name: JAE JUNE PAK
CDC No: 02116-093, D-UNIT
Address: FCI WASECA, P. O. BOX. 1731
WASECA, MN 56093

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
SEP 27 2004
MARY L. M. MORAN
CLERK OF COURT

JAE JUNE PAK
Name of Plaintiff

04-00023
Case Number:

vs.

COMPLAINT

GEORGE W BUSH
BILL CLINTON
JOHN ASHCROFT, JANNET RENO, AND
UNKNOWN NAMES AGENTS.
(Names of all Defendants)

Civil Rights Act, 42 U.S.C. 1983

I. **Previous Lawsuits:**

   A. Have you brought any other lawsuits while a prisoner? Yes X No __

   B. If your answer to A is yes, how many?: 6TH
      Describe previous or pending lawsuits in the space below.
      (If more than one, use back of paper to continue outlining all lawsuits.)

   1. Parties to this previous lawsuit:

      Plaintiffs JAE JUNE PAK, et al.

      Defendants GEORGE W BUSH, BILL CLINTON, JOHN ASHCROFT,
      JANNET RENO, AND UNKNOWN NAMES AGENTS.

   2. Court (if Federal Court, give name of District; if State Court, give name of County)
      UNITED STATES DISTRICT COURT OF DISTRICT OF GUAM

   3. Docket Number _____ 4. Assigned Judge _____

   5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
      STILL PENDING

   6. Filing date (approx.) JULY 26, 04   7. Disposition date (approx.) _____
      (List all other previous or pending lawsuits on back of this form)

1

II. Exhaustion of Administrative Remedies

    A. Is there a grievance procedure available at your institution? Yes ___ No ___

    B. Have you filed a grievance concerning the facts of this complaint? Yes ___ No ___

        If your answer is no, explain why not _____

    C. Is the grievance process completed? Yes ___ No ___
       Date process completed, and disposition _____

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

    A. Defendant __GEORGE W BUSH__ is employed as __THE PRESIDENT__ at __THE UNITED STATES OF AMERICA__

    B. Additional defendants __BILL CLINTON, JOHN ASHCROFT, JANNET RENO, AND UNKNOWN NAMES AGENTS.__

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.) NO VIOLATION OF THE FIRST, SIXTH, AND FOURTEENTH, AMENDMENTS OF THE FREEDOM OF SPEECH AND THE PRESS, PUBLICITY BY DUE PROCESS CLAUSE, BROADCASTING OF PROCEEDING, ALL MEDIA, RADIO, NEWSPAPERS, INCLUDING TELEVISION, TELEVISED, IN ALL CRIMINAL TRIALS UNDER CIRCUMS-TANCES, OR WITNESSES, IN THE COURTROOM MUST BE ALLOWED IN DEMOCRATIC SOCIETY OF INFORMING THE PUBLIC MUST NECESSARILY ABSOLUTE FAIRNESS IN THE JUDICIAL PROCESS, A FAIR TRIAL IN A FAIR TRIBUNAL IS A BASIC REQUIREMENT OF DUE PROCESS THE BEST WAY, WHO CONSIDERS THAT IT IS A PRIME RESPONSIBILITY TO MAINTAIN FEDERAL STATE COURT BY LEGAL OBJECTION OF DEPRIVED OF HIS RIGHT, NO CONTINUE VIOLATION OF INFRINGE LIMITED HERE, THE VICTIM OF THE TERM(ENDING) OF IMPRISONMENT ON TODAY, OR WITHIN TEN DAYS, THE SCHEDULED OCTOBER 12, 2004, AT 1:00 O'CLOCK PM FOR ALL FINAL DECISION, DISCHARGE, PARDON, BY THE SUPREME COURT OF THE UNITED STATES, AND TRIAL BY JURY.

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

A WRIT OF ATTACHMENT AND GARNISHMENT

COMPENSATORY AND PUNITIVE DAMAGES

IN ADDITIONAL CHARGE OF THE SUM OF AMOUNT IS HALF MILLION DOLLARS BY VICTIM, AND TRIAL BY JURY.

NO COURT FEES BY JURY, SEE 18 USCA 3524(h), SUPREME COURT RULE 29, 18(5).

SEE, 14 L Ed 2d 543.

I declare under penalty of perjury that the foregoing is true and correct.

SEPTEMBER 24, 2004
(Date)

Prayer, JAE JUNE PAK, 02116-093, Pro se
(Signature of Plaintiff)

g:\docs\pam\complain.wpd

3

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM
OFFICE OF THE CLERK

| JAE JUNE PAK  PLAINTIFF(S) | CASE NUMBER CV- |
|---|---|
| vs.  GEORGE W BUSH, BILL CLINTON. JOHN ASHCROFT, JANNET RENO, AND UNKNOWN NAMES AGENTS.  DEFENDANTS(S) | A WRIT OF S U M M O N S |

TO THE ABOVE-NAMED DEFENDANT(S), You are hereby summoned and required to file with this court and serve upon

Plaintiff's attorney, whose address is: JAE JUNE PAK
02116-093, D-UNIT
P. O. BOX. 1731
WASECA, MN 56093

an answer to the complaint which is herewith served upon you within **TEN** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

BY JURY FOR 24 HOURS WITH FILE

DATE: SEPTEMBER 24, 2004

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

(SEAL OF THE COURT)