Plaintiff's Name: JAE JUNE PAK
ID No.: 02116-093, D-UNIT
Address: FCI WASECA P. O. BOX. 1731
WASECA, MN 56093

FILED
DISTRICT COURT OF GUAM
OCT 21 2004
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

JAE JUNE PAK.
(Name of Plaintiff)

vs.

GEORGE W BUSH
JOHN ASHCROFT

(Names of all Defendants)

**04-00023**
Case Number:

COMPLAINT

Civil Rights Act. 42 U.S.C. 1983

I. Previous Lawsuits:

A. Have you brought any other lawsuits while a prisoner? Yes X  No ___

B. If your answer to A is yes, how many? 7TH
   Describe previous or pending lawsuits in the space below.
   (If more than one, use back of paper to continue outlining all lawsuits.)

   1. Parties to this previous lawsuit:

   Plaintiff JAE JUNE PAK

   Defendants GEORGE W BUSH, JOHN ASHCROFT.

   2. Court (if Federal Court, give name of District; if State Court, give name of County)
      DISTRICT OF GUAM

   3. Docket Number CV-04-023     4. Assigned Judge FMTSG

   5. Disposition (For example: Was the case dismissed? Was it denied? Is it still pending?)
      PENDING

   6. Filing date (approx.) SEP 24, 04   7. Disposition date (approx.) ___
      (List all other previous or pending lawsuits on back of this form)

## Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution? Yes ___ No ___

B. Have you filed a grievance concerning the facts of this complaint? Yes ___ No ___

   If your answer is no, explain why not _____

_____

C. Is the grievance process completed? Yes ___ No ___
   Date process completed and disposition _____

## III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant ___GEORGE W BUSH___ is employed as ___THE PRESIDENT___ at ___THE UNITED STATES OF AMERICA___

B. Additional defendants ___JOHN ASHCROFT.___

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

NOR ASBESTOS IN THE UNIT, OR RECREATION CENTER ON THE HOT WATER PIPE LINES.
   THE TERM OF VICTIM, WITHIN TEN DAYS, OR THIRTY DAYS DECISION, BY ALL, THE SCHEDULED OCTOBER 31, 2004, 1:00 PM, OR NOVEMBER 15, 2004, 1:00 O'CLOCK PM, AND TRIAL BY JURY.

Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

IMMEDIATELY RELEASE BY JURY

WITHOUT COURT FEES BY JURY

I declare under penalty of perjury that the foregoing is true and correct.

OCTOBER 14, 2004
(Date)

Prayer, JAE JUNE PAK, 02116-093, Pro se
(Signature of Plaintiff)

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM
OFFICE OF THE CLERK

| | | CASE NUMBER |
|---|---|---|
| JAE JUNE PAK. | | |
| PLAINTIFF(S) | | CV- |
| vs. | | A WRIT OF SUMMONS |
| GEORGE W BUSH | | |
| JOHN ASHCROFT | | |
| DEFENDANT(S) | | |

TO THE ABOVE-NAMED DEFENDANT(S), You are hereby summoned and required to file with this court and serve upon

Plaintiff's attorney, whose address is:  JAE JUNE PAK
02116-093, D-UNIT
F C I P. O. BOX. 1731
WASECA, MN 56093

an answer to the complaint which is herewith served upon you within TEN days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.
BY JURY FOR 24 HOURS WITH FILE

DATE: OCTOBER 14, 2004

CLERK, U.S. DISTRICT COURT

By_____
Deputy Clerk

SEAL OF THE COURT

## CERTIFICATE OF SERVICE

This is to certify that I have, on 14 day, of OCTOBER 2004, placed a true and exact copy of the foregoing in the U. S. mails, via certified mail addressed to

OFFICE OF THE CLERK
4TH FLOOR U. S. COURTHOUSE
520 WEST SOLEDAD AVE
HAGATNA, GUAM 68102-1322

ATTORNEY GENERAL
DEPT OF JUSTICE
950 PENNSYLVANIA AVE, N. W.
WASHINGTON, D. C. 20530

GEORGE W BUSH THE PRESIDENT
THE WHITE HOUSE AND EXECUTIVE OFFICE
1600 PENNSYLVANIA AVE, N. W.
WASHINGTON, D. C. 20500

BILL CLINTON, FORWARD ADDRESS

JANNET RENO, FORWARD ADDRESS

U. S. SENATE, JUDICIARY COMMITTEES
224 DIRKSEN SENATE OFFICE BUIDING
WASHINGTON, D. C. 20510-6275

THE HOUSE OF REPRESENTATIVES
JUDICIARY COMMITTEES
2138 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, D. C. 20515

SUPREME COURT OF THE UNITED STATES OFFICE OF THE CLERK
ONE FIRST STREET, N. E. WASHINGTON, D. C. 20543-0001 AND UNIT TEAM

JAE JUNE PAK
02116-093, D-UNIT
FCI WASECA P. O. BOX 1731
WASECA, MN 56093

*/s/ Jae*

USA TODAY
7950 JONES BRANCH DRIVE
MCLEAN, VA 22108

LOS ANGELES TIMES
202 1ST STREET
LOS ANGELES, CA 90012

WASHINTON POST CO
1150 15TH STREET, N. W.
WASHINGTON. D. C. 20071

THE WALL STREET JOURNAL
4300 NORTH ROUTE 1
SOUTH BRUNSWICK, NJ 08852