Plaintiff's Name   JAE JUNE PAK
CDC No:            02116-093
Address:   FCI PO. BOX. 1731
           WASECA, MN 56093



## UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

JAE JUNE PAK
(Name of Plaintiff)

**04-00023**
(Case Number)

vs.

COMPLAINT

GEORGE W BUSH

Civil Rights Act, 42 U.S.C. 1983

JOHN ASHCROFT

(Names of all Defendants)

I. **Previous Lawsuits:**

   A. Have you brought any other lawsuits while a prisoner?  Yes _x_  No __

   B. If your answer to A is yes, how many?  __SIXTH__
      Describe previous or pending lawsuits in the space below.
      (If more than one, use back of paper to continue outlining all lawsuits.)

   1. Parties to this previous lawsuit:

      Plaintiff   JAE JUNE PAK

      Defendants   GEORGE W BUSH, JOHN ASHCROFT

   2. Court (if Federal Court, give name of District; if State Court, give name of County)
      UNITED STATES DISTRICT COURT OF DISTRICT OF GUAM

   3. Docket Number  04-00023        4. Assigned Judge _____

   5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
      _____

   6. Filing date approx.  OCT 14, 04    7. Disposition date approx. _____
      List all other previous or pending lawsuits on back of this form.

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution? Yes __ No __

   B. Have you filed a grievance concerning the facts of this complaint? Yes __ No __

   If your answer is no, explain why not: _____
   _____

   C. Is the grievance process completed? Yes __ No __
   Date process completed, and disposition _____

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

   A. Defendant __GEORGE W BUSH__ is employed as __THE PRESIDENT__ at __THE UNITED STATES OF AMERICA__

   B. Additional defendants __JOHN ASHCROFT__
   _____

IV. Statement of Claim

   (State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

   NO MIDNIGHT INMATE ROOM SEARCH AND SEIZURE UNREASONABLE, NECESSARY FREEDOM OF ACTION, DUE PROCESS, AND EQUAL PROTECTION CLAUSE OF THE FOURTH AND FOURTEENTH AMENDMENTS VIOLATED, THE TERM OF VICTIM, LIBERTY, IMMEDIATELY DISCHARGE AND RELEASE FOR THE SCHEDULED WITHIN TEN DAYS, OR WITHIN THIRTY DAYS, THE DATE ON NOVEMBER 10, 2004 AT 1:00 PM, OR NOVEMBER 24, 2004, AT 1:00 O'CLOCK PM, THE LAST DAY OF THE END, AND TRIAL BY JURY.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

A WRIT OF ATTACHMENT AND GARNISHMENT

COMPENSATORY AND PUNITIVE DAMAGES

THE SUM OF ADDITIONAL AMOUNT IS ONE HUNDRED THOUSAND DOLLARS IMMEDIATELY FULL PAYMENT BY CASH WITHIN TEN DAYS OR THIRTY DAYS, THE DATE OF SCHEDULED OF NOVEMBER 10, 2004, AT 1:00 PM, OR November 24, 2004, AT 1:00 O'CLOCK PM, AND TRIAL BY JURY.

WITHOUT COURT FEES BY JURY.

I declare under penalty of perjury that the foregoing is true and correct.

OCTOBER 25, 2004
(Date)

Prayer, JAE JUNE PAK, 02116-093, Pro se
(Signature of Plaintiff)

LEGAL ASSISTANCE BY YOUNG YIL JO, 01183-112

*Young Yil Jo*

UNTED STATES DISTRICT COURT
DISTRICT OF GUAM
OFFICE OF THE CLERK

| JAE JUNE PAK | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV- |
| vs. | A WRIT OF SUMMONS |
| GEORGE W BUSH  JOHN ASHCROFT | |
| DEFENDANTS(S) | |

TO THE ABOVE-NAMED DEFENDANT(S), You are hereby summoned and required to file with this court and serve upon

Plaintiff's attorney, whose address is:   JAE JUNE PAK
02116-093, D-UNIT
P. O. BOX. 1731
WASECA, MN 56093

an answer to the complaint which is herewith served upon you within **TEN** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

DATE: OCTOBER 25, 2004                BY JURY FOR 24 HOURS WITH FILE.

CLERK, U.S. DISTRICT COURT

By_____
Deputy Clerk

(SEAL OF THE COURT)

CERTIFICATE OF SERVICE

This is to certify that I have, on 25 day, of OCTOBER 2004, placed a true and exact copy of the foregoing, in the u. s. mails, via certified mail addressed to

| | |
|---|---|
| OFFICE OF THE CLERK<br>U. S. COURT HOUSE 4TH FLOOR<br>520 WEST SOLEDAD AVE<br>HAGATNA, GUAM 68102-1322 | RESPECTFULLY SUBMITTED<br><br>JAE JUNE PAK<br>02116-093, D-UNIT<br>FCI PO BOX. 1731<br>WASECA, MN 56093 |
| ATTORNEY GENERAL<br>DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE, N. W.<br>WASHINGTON, D. C. 20530 | ASSISTANCE BY YOUNG YIL JO<br>01183-112<br>*Young Yil Jo* |
| GEORGE W BUSH THE PRESIDENT<br>THE WHITE HOUSE AND EXECUTIVE OFFICE<br>1600 PENNSYLVANIA AVE, N. W.<br>WASHINGTON, D. C. 20500 | USA TODAY<br>7950 JONES BRANCH DRIVE<br>MCLEAN, VA 22108 |
| BILL CLINTON, FORWARD ADDRESS<br><br>JANNET RENO, FORWARD ADDRESS | LOS ANGELES TIMES<br>202 1ST STREET<br>LOS ANGELES, CA 90012 |
| U. S. SENATE, JUDICIARY COMMITTEES<br>224 DIRKSEN SENATE OFFICE BUIDING<br>WASHINGTON, D. C. 20510-6275 | WASHINGTON POST CO<br>1150 15TH STREET, N. W.<br>WASHINGTON, D. C. 20071 |
| THE HOUSE OF REPRESENTATIVES<br>JUDICIARY COMMITTEES<br>2138 RAYBURN HOUSE OFFICE BUILDING<br>WASHINGTON, D. C. 20515 | THE WALL STREET JOURNAL<br>4300 NORTH ROUTE 1<br>SOUTH BRUNSWICK, NJ 08852 |

SUPREME COURT OF THE UNITED STATES OFFICE OF THE CLERK