UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
NOV 22 2004
MARY L. M. MORAN
CLERK OF COURT

JAE JUNE PAK
(Name of Plaintiff)

04-00023
(Case Number)

vs.

COMPLAINT

GEORGE W BUSH
JOHN ASHCROFT

Civil Rights Act, 42 U.S.C. 1983

(Names of all Defendants)

I. **Previous Lawsuits**:

A. Have you brought any other lawsuits while a prisoner? Yes **X** No __

B. If your answer to A is yes, how many?: **7TH**
   Describe previous or pending lawsuits in the space below.
   (If more than one, use back of paper to continue outlining all lawsuits.)

   1. Parties to this previous lawsuit:

      Plaintiff JAE JUNE PAK

      Defendants GEORGE W BUSH, JOHN ASHCROFT.

   2. Court (if Federal Court, give name of District; if State Court, give name of County)
      UNITED STATES DISTRICT COURT DISTRICT OF GUAM

   3. Docket Number CV-04-00023    4. Assigned Judge _____

   5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
      PENDING

   6. Filing date (approx.) OCT 25, 04    7. Disposition date (approx.) _____
      (List all other previous or pending lawsuits on back of this form)

## II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution? Yes ___ No ___

B. Have you filed a grievance concerning the facts of this complaint? Yes ___ No ___

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ___ No ___
Date process completed, and disposition _____

## III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant __GEORGE W BUSH__ is employed as __THE PRESIDENT__
at __UNITED STATES OF AMERICA__

B. Additional defendants __JOHN ASHCROFT.__

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

MAY PROPOSE OF THE WRIT OF MANDAMUS, AND A STAY OF RECTIFY, A WRIT OF TRANSFER FOR CONVENIENCE OF ANY OTHER DISTRICT, OR DIVISION, THE WRIT OF VACATE AND SET ASIDE, ALL FINAL, CONSOLIDATE, THE WRIT OF PUBLIC TELEVISED HEARING, OR CONFERENCE, THE WRIT OF ASSISTANCE, THE WRIT OF MISTRIAL, THE WRIT OF ELECTION, THE WRIT OF IMMEDIATELY DISCHARGE, AND RELEASE, WITHIN TEN DAYS, OR WITHIN THIRTY DAYS FOR THE SCHEDULED IS DECEMBER 2, 2004, AT 1:00 PM, OR DECEMBER 7, 2004, AT 1:00 O'CLOCK PM, AND TRIAL BY JURY.
" AN END, ONCE, AS SOON AS."

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

A WRIT OF ATTACHMENT AND GARNISHMENT

COMPENSATORY AND PUNITIVE DAMAGES

THE SUM OF AMOUNT IS FOR CONSOLIDATE, AND IMMEDIATELY FULL PAYMENT BY CASH, TO PAK AND JO FOR THE HALF AND HALF OF AMOUNT EACH WITHIN TEN DAYS, OR WITHIN THIRTY DAYS, THE DATE OF SCHEDULED ON DECEMBER 2, 2004, AT 1:00 PM, OR DECEMBER 7, 2004, AT 1:00 O'CLOCK PM, AND TRIAL BY JURY.    " WITH CITIZENSHIP CARD."

WITHOUT COURT FEES BY JURY.

I declare under penalty of perjury that the foregoing is true and correct.

NOVEMBER 15, 2004
(Date)

Prayer, JAE JUNE PAK, 02116-093, Pro se
(Signature of Plaintiff)

LEGAL ASSISTANCE BY YOUNG YIL JO, 01183-112

*young yil jo*

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM
OFFICE OF THE CLERK

| JAE JUNE PAK | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | CV- |
| vs. | A WRIT OF SUMMONS |
| GEORGE W BUSH | |
| JOHN ASHCROFT | |
| , DEFENDANTS(S) | |

TO THE ABOVE-NAMED DEFENDANT(S), You are hereby summoned and required to file with this court and serve upon

Plaintiff's attorney, whose address is: JAE JUNE PAK
02116-093, D-UNIT
FCI PO BOX. 1731
WASECA, MN 56093

an answer to the complaint which is herewith served upon you within **TEN** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

DATE: NOVEMBER 15, 2004

BY JURY FOR 24 HOURS WITH FILE

CLERK, U.S. DISTRICT COURT

By_____
Deputy Clerk

(SEAL OF THE COURT)

## CERTIFICATE OF SERVICE

This is to certify that I have, on 15 day, of NOVEMBER 2004, placed a true and exact copy of the foregoing, in the u. s. mails, via certified mail addressed to

OFFICE OF THE CLERK
4TH FLOOR U. S. COURTHOUSE
520 WEST SOLEDAD AVE
HAGATNA, GUAM 68102-1322

ATTORNEY GENERAL
DEPT OF JUSTICE
950 PENNSYLVANIA AVE, N. W.
WASHINGTON, D. C. 20530

GEORGE W BUSH THE PRESIDENT
THE WHITE HOUSE AND EXECUTIVE OFFICE
1600 PENNSYLVANIA AVE, N. W.
WASHINGTON, D. C. 20500

BILL CLINTON, FORWARD ADDRESS

JANNET RENO, FORWARD ADDRESS

U. S. SENATE, JUDICIARY COMMITTEES
224 DIRKSEN SENATE OFFICE BUIDING
WASHINGTON, D. C. 20510-6275

THE HOUSE OF REPRESENTATIVES
JUDICIARY COMMITTEES
2138 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, D. C. 20515

SUPREME COURT OF THE UNITED STATES OFFICE OF THE CLERK
ONE FIRST STREET, N. E. WASHINGTON, D. C. 20543-0001 AND UNIT TEAM.

RESPECTFULLY SUBMITTED --

JAE JUNE PAK, 02116-093
FCI D-UNIT PO BOX. 1731
WASECA, MN 56093

LEGAL ASSISTANCE BY YOUNG YIL JO
01183-112
*Young Yil Jo*

USA TODAY
7950 JONES BRANCH DRIVE
MCLEAN, VA 22108

LOS ANGELES TIMES
202 1ST STREET
LOS ANGELES, CA 90012

WASHINTON POST CO
1150 15TH STREET, N. W.
WASHINGTON, D. C. 20071

THE WALL STREET JOURNAL
4300 NORTH ROUTE 1
SOUTH BRUNSWICK, NJ 08852