Plaintiff's Name: JAE JUNE PAK
CDC No: 02116-093, D-UNIT
Address: FCI PO BOX. 1731
WASECA, MN 56093

FILED
DISTRICT COURT OF GUAM
DEC 21 2004
MARY L. M. MORAN
CLERK OF COURT

(14)

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

JAE JUNE PAK
(Name of Plaintiff)

vs.

GEORGE W BUSH
JOHN ASHCROFT

(Names of all Defendants)

04-00023
(Case Number)

COMPLAINT

Civil Rights Act, 42 U.S.C. 1983

I. **Previous Lawsuits**:

    A. Have you brought any other lawsuits while a prisoner? Yes X  No __

    B. If your answer to A is yes, how many?: 9TH
       Describe previous or pending lawsuits in the space below.
       (If more than one, use back of paper to continue outlining all lawsuits.)

      1. Parties to this previous lawsuit:

        Plaintiff  JAE JUNE PAK

        Defendants  GEORGE W BUSH, JOHN ASHCROFT.

      2. Court (if Federal Court, give name of District; if State Court, give name of County)

      3. Docket Number _____     4. Assigned Judge _____

      5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

      6. Filing date (approx.) NOV 14, 2004   7. Disposition date (approx.) _____
      (List all other previous or pending lawsuits on back of this form)

1

## II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution? Yes ___ No ___

B. Have you filed a grievance concerning the facts of this complaint? Yes ___ No ___

If your answer is no, explain why not _____

_____

C. Is the grievance process completed? Yes ___ No ___
Date process completed and disposition _____

## III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant __GEORGE W BUSH__ is employed as __THE PRESIDENT__ at __UNITED STATES OF AMERICA__

B. Additional defendants __JOHN ASHCROFT.__
_____
_____
_____
_____

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

NOR DELAY, OR NOR DENIED, MAY PROPOSE A EXECUTIVE PREROGATIVE OF THE WRIT OF HABEAS CORPUS, WRIT OF MANDAMUS, WRIT OF STAY, WRIT OF TRANSFER, WRIT OF REHEARING, WRIT OF VACATE, REMAND, WRIT OF EXCUTION, WRIT OF CLEMENCY, WRIT OF CERTIORARI, WRIT OF ERROR OF ABUSE OF DISCRETION, WRIT OF TELEVISED, ALL MEDIA, PUBLIC HEARING, WRIT OF IMMEDIATELY RELEASE, AN END, ONCE, AS SOON AS ONLY, PROMPT, THE END OF VICTIM, WITHIN TEN DAYS, OR WITHIN 30 DAYS, OR WITHIN 120 DAYS, THE HEARING SCHEDULED ON JANUARY 4, 2005, AT 1:00 PM, OR JANUARY 18, 2005, AT 1:00 PM, OR APRIL 18, 2005, AT 1:00 O'CLOCK PM, WRIT OF PEREMPTORY, AND TRIAL BY JURY.

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

A WRIT OF IMMEDIATE RELEASE WITHIN TEN DAYS BY JURY.
A WRIT OF CITIZENSHIP CARD.

A WRIT OF ATTACHMENT AND GARNISHMENT
COMPENSATORY AND PUNITIVE DAMAGES

THE SUM OF AMOUNT IS CONSOLIDATE, AND REDUCE AMOUNT IS ONLY FIVE THOUSAND DOLLARS AND TRIAL BY JURY.

WITHOUT COURT FEES BY JURY. SEE 28 USC 1915(a), (d).

I declare under penalty of perjury that the foregoing is true and correct.

DECEMBER 14, 2004
(Date)

Prayer, JAE JUNE PAK, 02116-093, Pro se
(Signature of Plaintiff)

LEGAL ASSISTANCE BY YOUNG YIL JO, 01183-112
-------------------------------------------

*Young Yil Jo* (signature)

## UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM
## OFFICE OF THE CLERK

| | CASE NUMBER |
|---|---|
| JAE JUNE PAK<br><br>      PLAINTIFF(S) | CV- |
| vs.<br><br>GEORGE W BUSH<br>JOHN ASHCROFT<br><br>, DEFENDANTS(S) | A WRIT OF SUMMONS |

TO THE ABOVE-NAMED DEFENDANT(S), You are hereby summoned and required to file with this court and serve upon

Plaintiff's attorney, whose address is: JAE JUNE PAK
02116-093, D-UNIT
FCI PO BOX. 1/31
WASECA, MN 56093

an answer to the complaint which is herewith served upon you within **TEN** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

BY JURY FOR 24 HOURS WITH FILE

DATE: DECEMBER 14, 2004

CLERK, U.S. DISTRICT COURT

By_____
Deputy Clerk

(SEAL OF THE COURT)

CERTIFICATE OF SERVICE

This is to certify that I have, on 14 day, of DECEMBER 2004, placed a true and exact copy of the foregoing, in the u. s. mails, via certified mail addressed to

| | |
|---|---|
| OFFICE OF THE CLERK<br>4TH FLOOR U. S. COURTHOUSE<br>520 WEST SOLEDAD AVE<br>HAGATNA, GUAM 68102-1322 | RESPECTFULLY SUBMITTED --<br><br>JAE JUNE PAK, 02116-093<br>FCI D-UNIT PO BOX. 1731<br>WASECA, MN 56093 |
| ATTORNEY GENERAL<br>DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE, N. W.<br>WASHINGTON, D. C. 20530 | LEGAL ASSISTANCE BY YOUNG YIL JO<br>01183-112<br>*Young Yil Jo* |
| GEORGE W BUSH THE PRESIDENT<br>THE WHITE HOUSE AND EXECUTIVE OFFICE<br>1600 PENNSYLVANIA AVE, N. W.<br>WASHINGTON, D. C. 20500 | USA TODAY<br>7950 JONES BRANCH DRIVE<br>MCLEAN, VA 22108 |
| BILL CLINTON, FORWARD ADDRESS | LOS ANGELES TIMES<br>202 1ST STREET<br>LOS ANGELES, CA 90012 |
| JANNET RENO, FORWARD ADDRESS | |
| U. S. SENATE, JUDICIARY COMMITTEES<br>224 DIRKSEN SENATE OFFICE BUIDING<br>WASHINGTON, D. C. 20510-6275 | WASHINTON POST CO<br>1150 15TH STREET, N. W.<br>WASHINGTON, D. C. 20071 |
| THE HOUSE OF REPRESENTATIVES<br>JUDICIARY COMMITTEES<br>2138 RAYBURN HOUSE OFFICE BUILDING<br>WASHINGTON, D. C. 20515 | THE WALL STREET JOURNAL<br>4300 NORTH ROUTE 1<br>SOUTH BRUNSWICK, NJ 08852 |

SUPREME COURT OF THE UNITED STATES OFFICE OF THE CLERK
ONE FIRST STREET, N. E. WASHINGTON, D. C. 20543-1001 AND UNIT TEAM.