Plaintiff's Name: JAE JUNE PAK
CDC No: 02116-093, D-UNIT
Address: FCI-PO BOX. 1731
WASECA, MN 56093



**FILED**
DISTRICT COURT OF GUAM
APR 19 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

JAE JUNE PAK
(Name of Plaintiff)

vs.

SIX UNKNOWN NAMES AGENTS.

(Names of all Defendants)

04-00023
(Case Number)

COMPLAINT

Civil Rights Act, 42 U.S.C. 1983

I. **Previous Lawsuits**:

A. Have you brought any other lawsuits while a prisoner? Yes _X_ No ___

B. If your answer to A is yes, how many?: _4 OR 5_
Describe previous or pending lawsuits in the space below.
(If more than one, use back of paper to continue outlining all lawsuits.)

1. Parties to this previous lawsuit:

   Plaintiff __JAE JUNE PAK__

   Defendants __·GEORGE W BUSH, et al.__

2. Court (if Federal Court, give name of District; if State Court, give name of County)

3. Docket Number: __04-23__     4. Assigned Judge _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

6. Filing date (approx.) _____     7. Disposition date (approx.) _____
   (List all other previous or pending lawsuits on back of this form)

1

## II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution? Yes ___ No ___

B. Have you filed a grievance concerning the facts of this complaint? Yes ___ No ___

    If your answer is no, explain why not _____

_____

C. Is the grievance process completed? Yes ___ No ___
    Date process completed, and disposition _____

## III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant  SIX UNKNOWN NAMES AGENTS  is employed as  FED. GOVERNMENT
at  DISTRICT OF GUAM

B. Additional defendants  SIX UNKNOWN NAMES AGENTS.

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

NO ALLEGED VIOLATION OF THE FOURTEENTH AMENDMENT, NO SLANDER, THE EIGHTH AMENDMENT OF NOR CRUEL AND UNUSUAL PUNISHMENT VIOLATION, I HAVE BEEN THREE TIMES IN THE HOLE, BECAUSE GOVERNMENT A EMPLOYEE SAID I DON'T UNDERSTAND ENGLISH THAT ALL REASON, NO FEDERAL CIVIL ACTION, BY A PRISONER CONFINED IN A JAIL, PRISON, FOR MENTAL, EMOTIONAL INJURY SUFFERED WHILE IN CUSTODY, THE TERM OF VICTIM, THE WRIT OF IMMEDIATELY RELEASE FROM PRISON, BY PARDON, OR THE WRIT OF HABEAS CORPUS, THE WRIT OF MANDAMUS, THE WRIT OF STAY DECISION, THE WRIT OF CERTIORARI, THE WRIT OF PUBLIC MEDIA HEARING, PUBLICATION, FAIR, EQUAL, IMPARTIAL JURY, FOR ALL FINAL DECISION WITHIN THIRTY DAYS, AN END, NO MORE, FOR THE SCHEDULED ON MAY 19, 2005, AT 1:00 O'CLOCK PM, EXPUNGE OF CRIMINAL RECORDS BY EXECUTIVE ORDER, AND TRIAL BY JURY.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

A WRIT OF ATTACHMENT AND GARNISHMENT

A WRIT OF COMPENSATORY AND PUNITIVE DAMAGES

THE SUM OF REDUCE AMOUNT IS ONLY TEN THOUSAND DOLLARS BY JURY.

WITHOUT COURT FEES BY JURY, SEE, 28 USCA 1915(a)(d).
8 L Ed 2d 21, 29. 160 F 3d 962. 163 F 3d 921.

I declare under penalty of perjury that the foregoing is true and correct.

APRIL 14, 2005
(Date)

Prayer, JAE JUNE PAK, 02116-093, Pro se
(Signature of Plaintiff)
FED. CORR. INSTITUTION
P. O. BOX. 1731
WASECA, MN 56093

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM
OFFICE OF THE CLERK

| JAE JUNE PAK        PLAINTIFF(S) | CASE NUMBER CV- |
|---|---|
| vs.  SIX UNKNOWN NAMES AGENTS.      DEFENDANTS(S) | A WRIT OF SUMMONS |

TO THE ABOVE-NAMED DEFENDANT(S), You are hereby summoned and required to file with this court and serve upon

Plaintiff's attorney, whose address is:   JAE JUNE PAK
02116-093, D-UNIT
FCI PO BOX. 1731
WASECA, MN 56093

an answer to the complaint which is herewith served upon you within **TEN** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

BY JURY.

DATE: APRIL 14, 2005

CLERK, U.S. DISTRICT COURT

By_____
Deputy Clerk

(SEAL OF THE COURT)

CV-1A (1/67)